# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| LAURA ROUNDINE,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC, ETHICON, LLC, and JOHNSON & JOHNSON,<br><br>Defendants. | CV-20-47-GF-BMM<br><br><br><br>**ORDER** |

All parties appearing *pro hac vice* must follow the procedure set forth in

Local Rule 83.1(d), by June 29, 2020, in order to properly appear before this Court.

Local Rule 83.1(d)(2), requires a non-member attorney who does not reside in

Montana to obtain the name, address, telephone number, and written consent of

local counsel who is a member of the bar of this Court and whom the court and

opposing counsel may readily communicate regarding the conduct of the case,

upon whom documents will be served.

DATED this 20th day of February, 2019

_____
Brian Morris, Chief District Judge
United States District Court