# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| LAURA ROUNDINE | ) | |
| | ) | |
| Plaintiffs, | ) | NO. CV-20-47-GF-BMM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ETHICON, INC. and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE came before the Court upon the Parties' Joint Notice of Settlement in Principle and Motion to Stay ("Joint Motion") filed on November 20, 2020. The Parties request that this Court stay further proceedings in order to finalize a global settlement of several hundred plaintiffs, including this case. The Court having reviewed the Joint Motion and considered all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

1. The Joint Motion (Doc. 66) is GRANTED in part.

2. All further proceedings in this action are stayed, pending finalization of the settlement agreement. Upon finalization of the settlement, the Parties shall file dismissal papers in this action.

1

3.   A status report is due to the Court on or before March 12, 2021 if the case has not settled by then.

DATED this 23rd day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court